# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Karen King
37722 Charter Oaks
Clinton Twnshp 48036
Plaintiff,

v.

City of Detroit
1650 First Nat. Bldg.
660 Woodward
Det Mi 48226
Defendant(s).

RECEIPT NUMBER 503761

FILED MAR -2 P1 39 U.S. DIST. COURT CLERK EAST. DIST. MICH. DETROIT-PSG

JUDGE : Gadola, Paul V.
DECK : S. Division Civil Deck
FILE DATE : 03/02/2004 @ 13:34:16
CASE NO : 4:04CV40069

MAGISTRATE JUDGE PEPE

## COMPLAINT AND MOTION FOR OTHER RELIEF

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 (as amended by the Equal Employment Opportunity Act of 1972) for employment discrimination. Jurisdiction is specifically conferred on this Court under 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

2. Plaintiff resides at the address at the bottom of this form.

3. Defendant's address is:
   1650 First National Bldg         Detroit        Mi  48226
   STREET ADDRESS  660 Woodward      CITY           STATE  ZIP

4. The address where the alleged discrimination occurred (the address where you were employed or sought employment):
   900 Merrill Palmer ave    Det         Mi    48203
   STREET ADDRESS             CITY        STATE  ZIP

5. The alleged discriminatory acts occurred:
   5-2000                    10-2003
   FROM (DATE)               TO (DATE)

6. Charges were filed with the Michigan Civil Rights Commission regarding defendant's alleged discriminatory conduct:
   July 26, 2000    #33954
   DAY/MONTH/YEAR (IF YOU DID NOT FILE WITH THIS AGENCY, LEAVE THIS LINE BLANK)

7. Charges were filed with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct:
   11-22-2000  # 220A10249 / Sept 12, 2003, 230-2003-02565C
   DAY/MONTH/YEAR (IF YOU DID NOT FILE WITH THIS AGENCY, LEAVE THIS LINE BLANK)

INT-0137-MIE 4/95 REV. 10/01                                          PAGE ONE OF TWO

8. The Final Determination/Notice of Right to Sue letter from the Equal Employment Opportunity Commission was received on (date) **Dec. 4 2003**.
   I ☒ have  ☐ have not  filed this complaint within the 90 day period as required by 42 USC Section 2000e-5.

9. The acts complained about in this suit concern:

   A. ☐ Failure to employ you       B. ☐ Termination of employment

   C. ☐ Failure to promote you      D. ☒ Other acts, explained below:

   Failure to provide a Non-hostile workplace, Failure to act to even @ when proof is provided. Employees Freely harass, intimidate, manhandle plantiff

10. Defendant's conduct is discriminatory based upon:

    A. ☒ race    B. ☒ color    C. ☒ gender    D. ☒ age    E. ☐ National origin

    F. ☐ ADA-defined disability/other: retaliation also Rank & senority

11. *A copy of my charge to the Equal Employment Opportunity Commission is attached to this Complaint and is submitted as a brief statement of the facts of this claim.*

    *If relief is not granted, I will be irreparably denied rights secured by Title VII of the Civil Rights Act of 1964 and/or the Elliot-Larsen Civil Rights Act.*

    *I therefore pray that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney fees.*

    [signature]
    SIGNATURE OF PLAINTIFF

    37722 Charter Oaks
    STREET ADDRESS

    Clinton Township
    CITY, STATE, ZIP

    2.24.03                                    313-318-9878
    DATE                                       TELEPHONE NUMBER

PAGE TWO OF TWO

This form is affected by the Privacy Act of 1974; See Privacy Act statement before completing this form.

☒ EEOC 230A10249

__Michigan Department of Civil Rights__ and EEOC
*State or local Agency, if any*

00 NOV 22 AM 10: 27

NAME (Indicate Mr., Ms., Mrs.): Ms. Karen King
HOME TELEPHONE (Include Area Code): (313) 834-3497
STREET ADDRESS / CITY, STATE AND ZIP CODE: 4751 Sturtevant, Detroit, MI 48204
DATE OF BIRTH: 04/21/1953

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME: Detroit Fire Department
NUMBER OF EMPLOYEES, MEMBERS: Cat D (501 +)
TELEPHONE (Include Area Code): (313) 596-5180
STREET ADDRESS / CITY, STATE AND ZIP CODE: 250 W. Larned, Detroit, MI 48226
COUNTY: 163

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: 05/01/2000   LATEST: 11/22/2000
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I began employment with the above-named employer on May 7, 1990, and am currently employed as an Emergency Medical Technician.

During May 2000, a co-worker directed sexually derogatory remarks at me.

The following day, another co-worker directed the same derogatory remarks at me. As I was leaving for home at the end of the day, this co-worker went to the parking lot and directed sexually derogatory gestures at me.

I complained to Human Resources to no avail.

Meanwhile, a white female substantially younger than me complained to Human Resources. Immediate action was taken.

I believe I have subjected to sexual harassment because of my gender, female, and subjected to different terms and conditions of employment because of race, black; and age, 47, in violation of Title VII of the Civil Rights Act of 1964, as amended; and the Age Discrimination in Employment Act of 1967, as amended.

I AUTHORIZE THE EEOC TO USE MY NAME DURING THE COURSE OF THIS INVESTIGATION.

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11-22-00
Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) 11/22/00

EEOC FORM 5 (Rev. 06/99)

RACE: _✓_ BLACK ____ WHITE ____ ASIAN/PACIFIC ISLANDER
____ AMERICAN INDIAN/ALASKAN NATIVE ____ OTHER RACE
NATIONAL ORIGIN: __ MEXICAN __ HISPANIC __ EAST INDIAN __ OTHER (Specify)

1. **What is the reason for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel you were discriminated against and treated less favorably than younger employees, you should check ( ) AGE. If you feel that you were discriminated against and treated less favorably than those not of your race, you should check ( ) RACE. If you feel the discrimination was due to multiple reasons, such as your race and age, you should check ( ) both RACE and AGE.*

_✓_ Sex   _✓_ Race   _✓_ Age   ___ Disability   ___ National Origin   ___ Color   ___ Religion
_✓_ Retaliation   _____ Other (Specify)

Provide the name of a person at a different address who we can contact if we are unable to reach you:

NAME _____ RELATIONSHIP _____
ADDRESS _____ CITY _____
STATE _____ ZIP _____ Pager PHONE (313) 435-2877

2. **Exactly how were you discriminated against?** Include the date(s) of harm or action(s) and include the name(s) and title(s) of any and all persons who caused them. (Example: 10/4/97 - Disciplined, by Supervisor and/or Dept. Manager)

A) Date _Feb 2000_ Action _Called Homosexual fondled hiself in front of me_
Person(s) Responsible _Ken Wright_

B) Date _5-5-00 and 5-6_ Action _Ronald Payne Hollers out suck my Dick_
Person(s) Responsible _Ronald Payne_

C) Date _June - 7-24_ Action _Pointing And laghing_
Person(s) Responsible _Dwight Brown_

3. **Employment Data** (complete as many items as you can)
DATE HIRED _5-7-90_ JOB TITLE _Emergency Med. Tech_ PAY RATE ~~16.20~~ 10.00
JOB TITLE AT TIME OF DISCRIMINATION _Emergency Med Tech_ PAY RATE _16.20_
NAME AND TITLE OF IMMEDIATE SUPERVISOR _Lt. James_

4. **What reason(s) did the employer give for the acts you consider discriminatory?**
_Have not gotten back w/me_

PAGE 2

5. Can you identify any one who was accused of the same or similar conduct that was known to management, but who was not treated in the same manner or someone who received more favorable treatment than you (for example: they received a promotion)?

___

6. List the names, and telephone number of any and all individuals who saw, heard, or have knowledge of the actions you are complaining about.

Ken Wright, And his partner, Ronald Payne
Haywood Brown, Anthony Mitchell, Bob Kiefer
Jerome Jackson

7. Do you have any additional information to present which will support your allegation(s)? YES ___ NO ✓
If YES, please explain.

___

8. What do you want the employer to do to settle this matter (reinstatement, back pay, or other relief)?

Disciplinary Action

___

9. If you are now working at another job, state your rate of pay and the date you started in this job?

DATE STARTED _____ CURRENT SALARY _____

---

### PRIVACY ACT STATEMENT

This form is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting and uses of the personal data are given below.

1. FORM NUMBER/TITLE DATE: DTDO FORM 1, Detroit District Office Intake Questionnaire
2. AUTHORITY: 42 U.S.C. Section 2000(e)(9), 29 U.S.C. Section 201, 29 U.S.C. Section 621, 42 U.S.C. Section 12101.
3. PRINCIPAL PURPOSES: Request information from the potential charging party relevant to filing a charge of employment discrimination.
4. ROUTINE USES: To determine whether facts exist to support a charge of employment discrimination.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide information may affect the Commission's further processing of the claim.

### DECLARATION

I have read and had an opportunity to correct this Intake Questionnaire and swear under penalty of perjury that these facts are true and correct to the best of my knowledge and belief.

_____                    2-28-00
Charging Party's Signature                          Today's Date

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>230-2003-02565C |
|---|---|---|

Michigan Department Of Civil Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Karen King | Home Phone No. (Incl Area Code)<br>(313) 318-9878 | Date of Birth<br>04-21-1953 |
|---|---|---|
| Street Address<br>15495 Fairfield, Detroit, MI 48238 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>DETROIT FIRE DEPARTMENT | No. Employees, Members<br>201 - 500 | Phone No. (Include Area Code)<br>(313) 596-2927 |
|---|---|---|
| Street Address<br>250 W. Larned, Detroit, MI 48226 | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 07-08-2002  Latest: 09-10-2003<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with the above named employer on May 7, 1990. I am currently employed as an EMMT.

On May 6 and May 7, 2000, I was subjected to sexual harassment by a coworker. I filed charge of discrimination No. 230-A1-0249 with the EEOC regarding this harassment.

On July 8, 2002, a coworker told me that she does not like "yellow people." I complained about this racial harassment, but no action was ever taken. This coworker has a close relationship with the supervisor and with Mayor Kilpatrick's uncle.

On April 10, 2003, a white coworker put her shoulder into me and knocked the wind out of me. I complained about this treatment and nothing happened.

On September 10, 2003, the same coworker that harassed me in 2000 placed his hand on my butt.

I believe that I have been subjected to racial and sexual harassment, due to my sex, female, race, African American and in retaliation for complaining about unlawful employment discrimination. This is in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Sep 12, 2003
Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
9/12/03

# DETROIT DISTRICT OFFICE
# INTAKE QUESTIONNAIRE

Please answer ALL of the questions and then SIGN and DATE the form on the last page.

(PLEASE PRINT)
NAME: Karen R. King   DATE: 7-28-00  11-9-00
STREET ADDRESS: 4751 Sturtevant
CITY: Detroit   COUNTY: Wayne   STATE: MI   ZIP: 48204
PHONE NUMBER(s) HOME: (313) 834-3497   WORK: (313) 227-3121
SOCIAL SECURITY #: 386 60 0858

HAVE YOU FILED A CHARGE WITH THE MICHIGAN DEPARTMENT OF CIVIL RIGHTS?   ☐ YES   ☒ NO

If "YES", give charge number: _____

DID YOU GO THROUGH INFORMAL COUNSELING WITH THE MICHIGAN DEPARTMENT OF CIVIL RIGHTS?
☐ YES   ☒ NO

If "YES", give control number: 33954   and date begun: 7-24-00

I believe that I was discriminated against by:

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other

**EMPLOYER**
NAME: Detroit Fire Dept
ADDRESS: 250 W. Larned
CITY: Detroit
ZIP: 48226   PHONE: (313) 596-5180
TYPE OF BUSINESS: EMS

NUMBER OF EMPLOYEES: please check (✓) one
__ Less than 15         __ 15-100 (A)
__ 101-200 (B)          __ 201-500 (C)
✓ More than 500 (D)

**UNION** (if applicable)
NAME: _____
ADDRESS: _____
CITY: _____
ZIP: _____   PHONE: ( )_____
TYPE OF BUSINESS: _____

NUMBER OF EMPLOYEES: please check (✓) one
__ Less than 15         __ 15-100 (A)
__ 101-200 (B)          __ 201-500 (C)
__ More than 500 (D)

1

Ms Karen Ling
37722 Chester Oaks
Clinton Twnship 48036
|Plaintiff,

v.

City of Detroit
1650 first National Bldg
660 Woodward Ave
|Defendant(s).

Civil No.
Judicial Officer:

May 6th of 2000, In my assigned Qtrs.(MD3 or Engine 30) At approx. 1900, Tech Ronald Payne hollered out in front of 6 to 8 male co-workers, "suck my dick". I glanced over at him after he made this demand, he looked at me and smirked, At that time I only wanted to escape, to get to a safe place before I could be manhandled or thrown down upon the ground. I made it out to car. Upon reaching my car Tech. Ken Wright was standing at my front drivers side of car. (Mr. Wright was also a Union Steward at this time). Upon unlocking entering my car door I proceeded to go in reverse slowly, as the parking lot area was very dark + very small,

OVER

As I was backing up my car, Tech Ken Wright was walking along the side of my car by my outside mirror, fondling his self, as I had to slowly back out. This incident was reported to Human Res. then to EEOC. Tech. Wright did admit hearing Tech Payne say suck my Dick. July 24, 2000 while on duty I saw Tech. Wright at Detroit Recv. Hosp. I heard Ken Wright tell another coworker who also was our union rep. to go see what I was doing, while I was attending to my job while at Detroit Rec Hosp. Tech Wright told Tech. Anthony Wade to see what I was doing. Tech. A. Wade is Mayor Kilpatrick's uncle, but tech could report nothing back to Tech Ken Wright, upon my hearing & seeing this I felt more endangered and I reported the incident to Ann Craig of Mich. Dept. of Civil Rights, as continued harassment

Signature of Plaintiff

Street Address

City, State, ZIP

Date

Telephone Number

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

†Plaintiff,

v.

Civil No.
Judicial Officer:

†Defendant(s).

AND intimidation. July 8, 2002 A Ms. Sharon Pittman who is close friend to Tech. Anthony Wane and other supervision. Ms. Pittman hollered in my EAR she can't stand yellow people, I was the lightest in the room when she hollered in my EAR, I reported the incident to Cpt Lestleoot, Cpt Lestleoot had Lt. Robert Brown (who is also a longtime friend of Mayor Kilpatrick) investigate this racial intimidat- remark. A security guard at Grace Hosp. where this happened to Lt. Brown he heard her racial deviscive remark, the guard told me he told Lt. Brown of the racial slur. Rev. McNeely the city EEOC handler told me to get the guards statement. Mr. Karl

OVER
3

Holiday told me to write down a statement he would sign it. This happened Aug 8, 2002. [I had previously wrote a letter to the cities Affirmitive Action Div/Com about Ms Pittman making crude comments and trying to get other Employees to either turn on me or help her to harrass me.] April 10, 2002, while attending a mandatory meeting for my job anEmergency Med. Tech., EMS/DPD. Ms Pittman was present there, once the meeting was over, Ms Pittman and some of her associates were in like a huddle formation as I was going to exit the door, upon my walking around their huddle formation a white female in the group suddenly shoved her shoulder into my chest, knocking the air out of me. Sept 10, 2003, while responding to a run on Livernios + Chippewa, Tech. Ron Payne of Echo unit 2, was

Signature of Plaintiff

Street Address

City, State, ZIP

Date

Telephone Number

4

Plaintiff,

v.

Civil No.
Judicial Officer:

Defendant(s).

responding Also: Upon reaching our patient Tech Payne was already in the room. When Mr. Payne figured no one was looking, Mr Payne put his hand on my butt, sexually molesting me while I'm working. Also during the incident of Aug 8, 2002 involving Ms Pittman I believe our runs were diverted to the East side Detroit, comprimising health well being for the City of Detroit. Ms Pittman's Husband was the dispatcher at that time

OVER

5



**DETROIT DISTRICT OFFICE
INTAKE QUESTIONNAIRE**

Please answer ALL of the questions and then SIGN and DATE the form on the last page.

(PLEASE PRINT)

NAME Kalwn King      DATE 11·22·80

STREET ADDRESS 4751 Sturtevant

CITY Detroit     COUNTY Wayne     STATE M;   ZIP 48204

PHONE NUMBER(s) HOME (22) 8343497     WORK (313) 5965180

SOCIAL SECURITY # 386-600-852

HAVE YOU FILED A CHARGE WITH THE MICHIGAN DEPARTMENT OF CIVIL RIGHTS?   ☒ YES   ☐ NO

If "YES", give charge number: 33954

DID YOU GO THROUGH INFORMAL COUNSELING WITH THE MICHIGAN DEPARTMENT OF CIVIL RIGHTS?

☐ YES   ☒ NO

If "YES", give control number: _____ and date begun _____

I believe that I was discriminated against by:

√ Employer     ___ Union     ___ Employment Agency     √ Other

**EMPLOYER**

NAME DFD/EMS

ADDRESS 250 W. Larned

CITY Detroit

ZIP 48226   PHONE (313) 5965180

TYPE OF BUSINESS City Services

NUMBER OF EMPLOYEES: please check (✓) one

___ Less than 15          ___ 15-100 (A)
___ 101-200 (B)           ___ 201-500 (C)
     √ More than 500 (D)

**UNION** (if applicable)

NAME _____

ADDRESS _____

CITY _____

ZIP _____ PHONE ( ) _____

TYPE OF BUSINESS _____

NUMBER OF EMPLOYEES: please check (✓) one

___ Less than 15          ___ 15-100 (A)
___ 101-200 (B)           ___ 201-500 (C)
     ___ More than 500 (D)

1

DATE OF BIRTH: _____

RACE: _√_ BLACK   ____ WHITE   ____ ASIAN/PACIFIC ISLANDER

____ AMERICAN INDIAN/ALASKAN NATIVE   _____ OTHER RACE

NATIONAL ORIGIN:   __ MEXICAN   __ HISPANIC   __ EAST INDIAN   __ OTHER (Specify)

**1. What is the reason for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel you were discriminated against and treated less favorably than younger employees, you should check (✓) AGE. If you feel that you were discriminated against and treated less favorably than those not of your race, you should check (✓) RACE. If you feel the discrimination was due to multiple reasons, such as your race and age, you should check (✓) both RACE and AGE.*

_√_ Sex   _√_ Race   _√_ Age   ___ Disability   ___ National Origin   ___ Color   ___ Religion

_√_ Retaliation   _____ Other (Specify)

*If your claim is based on a DISABILITY, see the receptionist for the AMERICANS WITH DISABILITIES ACT SUPPLEMENTAL QUESTIONNAIRE. Continue with this questionnaire and then complete the supplement.*

*If you believe you were SEXUALLY HARASSED, see the receptionist for the SEXUAL HARASSMENT SUPPLEMENTAL QUESTIONNAIRE. Continue with this questionnaire and then complete the supplement.*

**Provide the name of a person at a different address who we can contact if we are unable to reach you:**

NAME Amy / Eastwood Clinic   RELATIONSHIP Therapist

ADDRESS 17250 Farmington Rd   CITY Livonia

STATE Mich.   ZIP 48152   PHONE (734) 425-4070

**2. Exactly how were you discriminated against? Include the date(s) of harm or action(s) and include the name(s) and title(s) of any and all persons who caused them. (Example: 10/4/99 - Written Warning from Supervisor)**

A) Date Feb 200   Action NONE   called homosexual.

Person(s) Responsible Ken Wright

B) Date 5-20   Action NONE   see #1 supplemental quest. — Haymont Torn

Person(s) Responsible Ron Payne → "fuck dick"   Anthony Mitchell

C) Date 5-6   Action NONE   — "fuck dick"   Ken Wright, Anthony Mitchell,

Person(s) Responsible Ken Wright, Ron Payne   Bob Keeter, Jerome Tackla
→ troubled himself or co worker

**3. Employment Data (complete as many items as you can)**

DATE HIRED 5-7-90   JOB TITLE AT HIRE Emergency Med Tech   PAY RATE 10.00

JOB TITLE AT TIME OF DISCRIMINATION EMT   PAY RATE 16.30

NAME AND TITLE OF IMMEDIATE SUPERVISOR Lt. James

**4. What reason(s) did the employer give for the acts you consider discriminatory?**

NONE, only questioned by he

POOR QUALITY ORIGINAL

2

5. Can you identify anyone who was accused of the same or similar conduct that was known to management, but who was not treated in the same manner or someone who received more favorable treatment than you (for example: they were not disciplined even though they have a poor attendance record also)?

White female c/o a Captain Harris; her, it was acted on immediately

6. List the names, and telephone number of any and all individuals who saw, heard, or have knowledge of the actions you are complaining about.

Kath Wright          Anthony Mitchell
Anthony              Bob Kletar
Ron Payne            Jerome Jackson
Haywood Brown

7. Do you have any additional information to present which will support your allegation(s)? YES ✓ NO ___
If YES, please explain.

The men mentioned above witnessed Ron Payne saying Suck my Dick

8. What do you want the employer to do to settle this matter (reinstatement, back pay, or other relief)?

9. If you are now working at another job, state your rate of pay and the date you started in this job?

DATE STARTED _____ CURRENT SALARY _____

PRIVACY ACT STATEMENT

This form is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting and uses of the personal data are given below.

1. FORM NUMBER/TITLE/DATE: DTDO FORM 1; Detroit District Office Intake Questionnaire.
2. AUTHORITY: 42 U.S.C. Section 2000(e)(9), 29 U.S.C. Section 201, 29 U.S.C. Section 621, 42 U.S.C. Section 12101.
3. PRINCIPAL PURPOSES: Request information from the potential charging party relevant to filing a charge of employment discrimination.
4. ROUTINE USES: To determine whether facts exist to support a charge of employment discrimination.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide information may affect the Commission's further processing of the claim.

### DECLARATION

I have read and had an opportunity to correct this Intake Questionnaire and swear under penalty of perjury that these facts are true and correct to the best of my knowledge and belief.

_____        POOR           11.22.00
Charging Party's Signature     QUALITY         Today's Date
                               ORIGINAL

3

JS 44 11/99 **CIVIL COVER SHEET**   COUNTY IN WHICH THIS ACTION AROSE: WAYNE

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS** Karen R. King

**DEFENDANTS** City of Detroit

**04-40069**

(b) County of Residence of First Listed: Macomb

County of Residence of First Listed: Wayne
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorneys (Name, Address and Telephone Number)
37722 Charter Oaks
Clinton Township MI 48036

Attorneys (If Known)
PAUL V. GADOLA
MAGISTRATE JUDGE PEPE

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21: 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel And Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of Overpayment and Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.) Providing an ongoing hostile unsafe workplace, Allowing hate crimes to run amock on the workplace, any and all types of retaliation exist on the job

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   $ DEMAND $750,000.00   CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD X _____

# PURSUANT TO LOCAL RULE 83.11

1.       Is this a case that has been previously dismissed?     ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


2.       Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes: _____